IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL CORPORATE ASSETS OF FAST R
TRANSPORT, INCORPORATED,
INCLUDING BUT NOT LIMITED TO
ALL BANK ACCOUNTS, ACCOUNTS
RECEIVABLE, BUSINESS RECORDS,
REAL AND PERSONAL PROPERTY,
OFFICE EQUIPMENT, INTANGIBLES,
AND INVENTORY, INCLUDING:

Civil. No. 98-1952(DRD)

(A) ONE LAND LOT COMPRISED OF 409.8800 SQUARE METERS, TOGETHER WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON, LOCATED AT #9 JESUS V. ROMAN STREET AMELIA WARD, EMBARCADERO SECTOR, GUAYNABO, PUERTO RICO. THIS PROPERTY IS NOT YET INSCRIBED IN THE PUERTO RICO PROPERTY REGISTRY.

(B) 1984 MACK TRUCK with PR License plate RP4976, VIN# 1M2AR06Y3E003736

(C) 1980 MACK TRUCK with PR License plate RP0416, VIN# ETA673A0C3914

(D) 1987 MACK TRUCK with PR License plate 23079R, VIN# 2M2AY10Y0HC001884

(E) 1985 FORD TRUCK with PR License plate HP1767, VIN# 1FDNF70H1F0A48150

(F) 1987 FREIGHTLINER TRUCK with PR License plate 7599HD, VIN# 1FVNYXY98HH296896



(G)  1989 MACK TRUCK with PR License plate HP2352, VIN# 2M2P198C4KC004171

(H)  1987 FORD TRUCK with PR License plate RP4975, VIN# 1FDYA90X6HVA13802

(I)  1986 MACK TRUCK with PR License plate HP2516, VIN# 2M2P139C36C013639

(J)  GRAIN TRUCK TRAILER

(K)  RED CARGO TRUCK TRAILER, License plate 85328-A,

(L)  RED TRUCK TRAILER, Serial Number 7H4113-2,

(M)  ORANGE & WHITE TANK TRAILER,

(N)  ASSORTED COMPUTER AND TELEPHONE EQUIPMENT,

Defendants.



## ORDER

Before this Honorable Court is the United States' Motion for Entry of Default. No opposition or response to this motion has been filed before this Court.

The record shows that on August 24, 1998, the United States filed the present civil forfeiture action against the above captioned properties.

On or about September 28, 1998, lienholder Associates Commercial Corporation of Puerto Rico, filed a claim and answer over defendant properties (D) and (G). Pursuant to a stipulation



entered between the United States and Associates Commercial Corporation of Puerto Rico, the Court entered and Order and Judgment on March 16, 1999, releasing defendant properties (D) and (G) to the latter.

On October 15, 1998, Mrs. Evelyn Pagán Serrano filed a Verified Claim and Answer to the forfeiture complaint. By way of Order of March 4, 1999, the Court struck Mrs. Pagán Serrano's claim and answer based on lack of standing grounds.

No other claim over the above captioned properties has been filed before this Court.

Now, therefore, on unopposed motion of the plaintiff, United States of America, it is hereby ORDERED that the defendant:

> ALL CORPORATE ASSETS OF FAST R TRANSPORT, INCORPORATED, INCLUDING BUT NOT LIMITED TO ALL BANK ACCOUNTS, ACCOUNTS RECEIVABLE, BUSINESS RECORDS, REAL AND PERSONAL PROPERTY, OFFICE EQUIPMENT, INTANGIBLES, AND INVENTORY, INCLUDING:
>
> (A) ONE LAND LOT COMPRISED OF 409.8800 SQUARE METERS, TOGETHER WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS THEREON, LOCATED AT #9 JESUS V. ROMAN STREET AMELIA WARD, EMBARCADERO SECTOR, GUAYNABO, PUERTO RICO.
> THIS PROPERTY IS NOT YET INSCRIBED IN THE PUERTO RICO PROPERTY REGISTRY.
>
> (B) 1984 MACK TRUCK with PR License plate RP4976, VIN# 1M2AR06Y3E003736
>
> (C) 1980 MACK TRUCK with PR License plate RP0416, VIN# ETA673A0C3914
>
> (E) 1985 FORD TRUCK with PR License plate HP1767, VIN# 1FDNF70H1F0A48150
>
> (F) 1987 FREIGHTLINER TRUCK with PR License

      plate 7599HD, VIN# 1FVNYXY98HH296896

  (H)  1987 FORD TRUCK with PR License plate RP4975, VIN# 1FDYA90X6HVA13802

  (I)  1986 MACK TRUCK with PR License plate HP2516, VIN# 2M2P139C36C013639

  (J)  GRAIN TRUCK TRAILER

  (K)  RED CARGO TRUCK TRAILER, License plate 85328-A,

  (L)  RED TRUCK TRAILER, Serial Number 7H4113-2,

  (M)  ORANGE & WHITE TANK TRAILER,

  (N)  ASSORTED COMPUTER AND TELEPHONE EQUIPMENT

be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of in accordance to law by the United States Marshal Service.

    SO ORDERED. Judgment shall enter accordingly.

    In San Juan, Puerto Rico this 9th day of September, 1999.

                                    *[signature]*
                                  DANIEL R. DOMINGUEZ
                                  UNITED STATES DISTRICT JUDGE