IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    Civil. No. 98-1952(DRD)

ALL CORPORATE ASSETS OF FAST R
TRANSPORT, INCORPORATED,
INCLUDING BUT NOT LIMITED TO
ALL BANK ACCOUNTS, ACCOUNTS
RECEIVABLE, BUSINESS RECORDS,
REAL AND PERSONAL PROPERTY,
OFFICE EQUIPMENT, INTANGIBLES,
AND INVENTORY, INCLUDING:



(A)  ONE LAND LOT COMPRISED OF
409.8800 SQUARE METERS,
TOGETHER WITH ALL ITS
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS THEREON, LOCATED
AT #9 JESUS V. ROMAN STREET
AMELIA WARD, EMBARCADERO
SECTOR, GUAYNABO, PUERTO RICO.
THIS PROPERTY IS NOT YET
INSCRIBED IN THE PUERTO RICO
PROPERTY REGISTRY.

(B)  1984 MACK TRUCK with PR
License plate RP4976, VIN#
1M2AR06Y3E003736

(C)  1980 MACK TRUCK with PR
License plate RP0416, VIN#
ETA673A0C3914

(D)  1987 MACK TRUCK with PR
License plate 23079R, VIN#
2M2AY10Y0HC001884

(E)  1985 FORD TRUCK with PR
License plate HP1767, VIN#
1FDNF70H1F0A48150

(F)  1987 FREIGHTLINER TRUCK
with PR License plate 7599HD,
VIN# 1FVNYXY98HH296896



(G)  1989 MACK TRUCK with PR
License  plate HP2352, VIN#
2M2P198C4KC004171

(H)  1987 FORD TRUCK with PR
License plate RP4975, VIN#
1FDYA90X6HVA13802

(I)  1986 MACK TRUCK with PR
License plate HP2516, VIN#
2M2P139C36C013639

(J)  GRAIN TRUCK TRAILER

(K)  RED CARGO TRUCK TRAILER,
License plate 85328-A,

(L)  RED TRUCK TRAILER, Serial
Number 7H4113-2,

(M)  ORANGE & WHITE TANK
TRAILER,

(N)  ASSORTED COMPUTER AND
TELEPHONE EQUIPMENT,

Defendants.



## JUDGMENT

Pursuant to Order issued on this same date, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant:

ALL CORPORATE ASSETS OF FAST R TRANSPORT,
INCORPORATED, INCLUDING BUT NOT LIMITED TO
ALL BANK ACCOUNTS, ACCOUNTS RECEIVABLE,
BUSINESS RECORDS, REAL AND PERSONAL PROPERTY,
OFFICE EQUIPMENT, INTANGIBLES, AND INVENTORY,
INCLUDING:

(A)  ONE LAND LOT COMPRISED OF 409.8800
SQUARE METERS, TOGETHER WITH ALL ITS
BUILDINGS, APPURTENANCES, AND IMPROVEMENTS
THEREON, LOCATED AT #9 JESUS V. ROMAN STREET
AMELIA WARD, EMBARCADERO SECTOR, GUAYNABO,
PUERTO RICO.
THIS PROPERTY IS NOT YET INSCRIBED IN THE



PUERTO RICO PROPERTY REGISTRY.

(B)  1984 MACK TRUCK with PR License plate RP4976, VIN# 1M2AR06Y3E003736

(C)  1980 MACK TRUCK with PR License plate RP0416, VIN# ETA673A0C3914

(E)  1985 FORD TRUCK with PR License plate HP1767, VIN# 1FDNF70H1F0A48150

(F)  1987 FREIGHTLINER TRUCK with PR License plate 7599HD, VIN# 1FVNYXY98HH296896

(H)  1987 FORD TRUCK with PR License plate RP4975, VIN# 1FDYA90X6HVA13802

(I)  1986 MACK TRUCK with PR License plate HP2516, VIN# 2M2P139C36C013639

(J)  GRAIN TRUCK TRAILER

(K)  RED CARGO TRUCK TRAILER, License plate 85328-A,

(L)  RED TRUCK TRAILER, Serial Number 7H4113-2,

(M)  ORANGE & WHITE TANK TRAILER,

(N)  ASSORTED COMPUTER AND TELEPHONE EQUIPMENT

be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of in accordance to law by the United States Marshal Service.

In San Juan, Puerto Rico this 9th day of September, 1999.


(for) _____
DANIEL R. DOMÍNGUEZ
UNITED STATES DISTRICT JUDGE


s/o: Santos
Rive
Freedman