UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(X) _United States of America_       CIVIL NO. 98-1952 (DRD)

v.

Defendant(s) _All Corporate Assets of Fast R Transport, Inc., et al._

| MOTION | ORDER |
|---|---|
| Docket entry no. 31 | ☒ GRANTED. |
| Date: March 15, 1999 | ☐ DENIED. |
| Title: Motion Seeking Change of Principal Counsel for Associates Commercial of Puerto Rico | ☐ MOOT. |
| | ☐ NOTED. |

GRANTED. David Rivé-Power is relieved from representing Associates Commercial of Puerto Rico. The law firm of O'Neill & Borges will continue representation through David P. Freedman. The Clerk shall so note the change. IT IS SO ORDERED.

RECEIVED AND FILED
00 JAN 19 AM 8:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: 1/15/2000

_[signature]_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE